# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| **PAULETTE BRANDON,** | ) |
| **Plaintiff,** | ) |
| vs. | ) 2:21CV338-PPS |
| **THE METHODIST HOSPITALS, INC.,** | ) |
| **Defendant.** | ) |

## ORDER

The parties' Joint Stipulation of Dismissal [DE 24] is SO ORDERED. This action is DISMISSED WITH PREJUDICE, without costs to any party.

By the stipulated dismissal, the case is CLOSED.

**SO ORDERED**.

ENTERED: August 24, 2022.

                                                      /s/ Philip P. Simon
                                              PHILIP P. SIMON, JUDGE
                                              UNITED STATES DISTRICT COURT